IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN D. SOUTER, JR.,
     Plaintiff,

vs.                          Case No.: 3:10cv65/MCR/EMT

WARDEN ELLIS, et al.,
     Defendants.
_____/

## O R D E R

     Plaintiff has filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 34). Leave to proceed in forma pauperis has been granted (Doc. 7). Upon review of Plaintiff's allegations, it appears that service of the complaint upon Defendants is appropriate. However, before service may be ordered, Plaintiff must submit eighteen (18) complete and identical copies of his Second Amended Complaint.[1] Upon receipt of the copies, the court will direct the United States Marshals Service to serve the Defendants. Because Plaintiff is proceeding in forma pauperis, he is not responsible for the costs of service.[2]

     Accordingly, it is **ORDERED**:

     1.     Within **TWENTY-ONE (21) DAYS** from the date of docketing of this order, Plaintiff shall submit eighteen (18) identical and complete copies of his Second Amended Complaint (Doc. 34). This case number should be written on the copies.

---

[1] Plaintiff names twenty (20) Defendants in this action (*see* Doc. 34); however, he submitted only two (2) copies of his Second Amended Complaint. Plaintiff must therefore submit eighteen (18) additional copies for service upon Defendants.

[2] Plaintiff is reminded of his continued obligation to submit monthly installment payments to the court until the filing fee is paid in full.

2.      Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 7th day of October 2010.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**