IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN D. SOUTER, JR.,
    Plaintiff,

vs.                                      Case No.: 3:10cv65/MCR/EMT

WARDEN ELLIS, et al.,
    Defendants.
_____/

# O R D E R

This cause is before the court on Plaintiff's response to the previous order of the court requiring him to submit eighteen (18) service copies of his Second Amended Complaint filed under 42 U.S.C. § 1983 (Doc. 37).

Plaintiff's response contains no complete, identical copy of the Second Amended Complaint. Each of the eighteen copies submitted by Plaintiff is missing pages 3–6 of the amended complaint. The clerk shall therefore be directed to return Plaintiff's response to him. To assist Plaintiff in complying with the court's order, the clerk shall also be directed to return to Plaintiff one of the two service copies of the Second Amended Complaint presently in the court's file, which represents an accurate copy of the original Second Amended Complaint.

Plaintiff must now submit a total of nineteen (19) service copies of his amended complaint: he may resubmit the service copy (presently provided to him for informational purposes) as well as eighteen photocopies of the service copy. In addition, Plaintiff is advised to make and keep one copy of the Second Amended Complaint for his own records.

Accordingly, it is **ORDERED**:

1. The clerk is directed to return to Plaintiff one of the complete service copies of his Second Amended Complaint and the eighteen incomplete copies submitted in response to the court's previous order.

2.	Within **TWENTY-ONE (21) DAYS** from the date of docketing of this order, Plaintiff shall submit nineteen (19) identical and complete copies of his Second Amended Complaint (Doc. 34), as explained above. This case number should be written on the copies.

3.	Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 26th day of October 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**