# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHN D. SOUTER, JR.,

    Plaintiff,

v.                                  Case No.: 3:10cv65/MCR/EMT

SGT. EDELEN, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 7, 2011 (doc. 130). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (doc. 112) is **GRANTED IN PART** to following extent:

    a. Plaintiff's claims against Defendants Andrew Williams, Steven Thomas, Kyle Hall, William Weekley, Jack Hammontree, and Jeffrey Smith are **DISMISSED with prejudice** for failure to state a claim;

3. Defendants' motion for summary judgment (doc. 112), is otherwise **DENIED** and the following claims against the following Defendants are permitted to proceed:

    a. Plaintiff's Eighth Amendment claim against Defendant Christopher Edelen for the alleged use of excessive force on October 22, 2008; and

    b. Plaintiff's Eighth Amendment claims against Defendants Jimmy Johnson, John Kolodziej, William Johnson, and James Frizzell for failing to intervene or otherwise protect Plaintiff from Edelen's alleged used of excessive force.

  4. Defendants Andrew Williams, Steven Thomas, Kyle Hall, William Weekley, Jack Hammontree, and Jeffrey Smith are **DISMISSED** from this lawsuit.

  **DONE AND ORDERED** this 3rd day of February, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**