IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN D. SOUTER, JR.,

    Plaintiff,

v.                                Case No.: 3:10cv65/MCR/EMT

WARDEN ELLIS, et al.,

    Defendants.
_____/

## DEFENDANTS' NOTICE TO THE COURT

Defendants, through undersigned counsel, provide the following notice in response to the Court's February 6, 2012 Order. (DE 134) Defendants need no further discovery.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

s/ Lance Eric Neff
Lance Eric Neff
Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
Email: Lance.Neff@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: John D. Souter, Jr., DC# 079286, F.S.P., 7819 N.W. 228th Street, Raiford, Florida, 32026-1000 on this 14th day of February, 2012.

                                          s/ Lance Eric Neff
                                          LANCE ERIC NEFF